UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 20-00827-DSF (AS) | Date | June 2, 2020 |
|---|---|---|---|
| Title | Demetrius T. Freeman v. William Barr, Attorney General | | |

Present: The Honorable  Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On April 17, 2020, Demetrius T. Freeman ("Petitioner"), a federal prisoner at the United States Penitentiary Victorville in Adelanto, California, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). (Docket Entry No. 1).

On April 20, 2020, the Court issued an Order Requiring the Filing of a First Amended Petition or Notice of Voluntary Dismissal. (Docket Entry No. 3). (A copy of the Court's April 20, 2020 Order is attached.) The Court screened the Petition and found it deficient in the following respects:

(1) It appears that Petitioner has failed to identify the proper Respondent, the name of the person, i.e., prison warden having custody of Petitioner; (2) Petitioner has failed to plainly state "[t]he statutory or other basis for the exercise of jurisdiction by this Court," in violation of Central District Local Rule 8-1 and Fed.R.Civ.P. Rule 8(a); (3) Petitioner's claim(s) are incomprehensible. The Court is unable to discern what claim(s) Petitioner intends to assert; (4) Petitioner has alleged vague and conclusory "claims," in violation of Fed.R.Civ.P. Rule 8(a) and 8(d); (5) It is unclear whether Petitioner has failed to exhaust each and every "claim" alleged in the Petition; and (6) It is unclear whether Petitioner is challenging the manner, location or condition of his sentence's execution, a requirement for a federal habeas petition pursuant to 28 U.S.C. § 2241.

Id. at 1.

The Court ordered Petitioner to file, by no later than May 20, 2020, either a First

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 20-00827-DSF (AS) | Date | June 2, 2020 |
|---|---|---|---|
| Title | Demetrius T. Freeman v. William Barr, Attorney General | | |

Amended Petition for Writ of Habeas Corpus by a Person in Federal Custody, pursuant to 28 U.S.C. § 2241 ("First Amended Petition") on the proper Central District of California form, a copy of which was provided to Petitioner. Id. Petitioner was instructed that the First Amended Petition "should set forth clearly each claim which Petitioner intends to raise in this proceeding and the factual bases for each claim." Id. at 1-2.

The Court's April 20, 2020 Order stated the following: "Petitioner is advised that his failure to comply with the above requirements may result in a recommendation that this action be dismissed for failure to comply with the Court's Order and/or for failure to prosecute pursuant to Fed.R.Civ.P 41(b)." Id. at 2 (citing to Pagtalunan v. Galaza, 291 F.3d 639 (9th Cir. 2002)).

To date, Petitioner has failed to file a First Amended Petition, or request an extension of time to do so.

Therefore, Petitioner is **ORDERED TO SHOW CAUSE**, within **thirty (30) days** of the date of this Order (by no later than **July 2, 2020**), why this action should not be dismissed for failure to comply with Court orders and/or prosecute pursuant to Fed.R.Civ.P. 41(b).

Petitioner may discharge this Order by filing a First Amended Petition which complies with the Court's April 20, 2020 Order, **or** a statement setting forth why he is unable to do so.

**Petitioner is expressly warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for his failure to comply with Court orders and/or for his failure to prosecute. See Fed.R. Civ. P. 41(b).**

|  | 0 | : | 0 |
|---|---|---|---|
|  | Initials of Preparer | | AF |