**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DEMETRIUS TERRELL FREEMAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FELIPE MARTINEZ, Warden,<br><br>　　　　　Respondent. | CASE NO. ED CV 20-00827-DSF(AS)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　**IT IS ADJUDGED** that the First Amended Petition is denied and dismissed without prejudice.

　　DATED: June 17, 2021

　　　　　　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE